IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID G. OPPENHEIMER, <br><br> Plaintiff, <br><br> v. <br><br> GEI CONSULTANTS, INC., <br><br> Defendant. | Case No. 1:21-CV-01967 <br><br> Judge: Honorable Harry D. Leinenweber |

## DEFENDANT GEI CONSULTANTS, INC.'S MOTION TO DISMISS

Defendant GEI Consultants, Inc. ("Defendant" or "GEI"), by its counsel, pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss Plaintiff David G. Oppenheimer's ("Plaintiff" or "Oppenheimer") Complaint for failure to state a claim upon which relief may be granted. Defendant also seeks an award of its attorney's fees and costs as the "prevailing party" under governing Supreme Court precedent. In support of this motion, Defendant states as follows:

1. Plaintiff's Complaint alleges claims against Defendant for copyright infringement and violations of the Digital Millennium Copyright Act ("DMCA").

2. The statute of limitations for claims arising under the U.S. Copyright Act is three years after the cause of action accrued. 17 U.S.C. § 507(b); *Petrella v. MGM*, 572 U.S. 663 (2014); *Chi. Bldg. Design, P.C. v. Mongolian House, Inc.*, 770 F.3d 610 (7th Cir. 2014).

3. The allegations of the Complaint identify only one act of alleged infringement committed by Defendant, and that act of infringement occurred "[o]n or around June 24, 2015," nearly six years prior to the April 13, 2021 filing date of the Complaint. (Complaint (Dkt. 1), ¶ 19.)

4. Thus, Plaintiff's Complaint "plainly reveals that [the] action is untimely under the

governing statute of limitations." *United States v. Lewis,* 411 F.3d 838, 842 (7th Cir. 2005).

6. Defendants who are "prevailing parties" in copyright infringement cases may seek an award of attorney's fees under 17 U.S.C. § 505.

7. The Complaint should be dismissed, and the Court should award Defendant its attorney's fees, for the reasons set forth in Defendant's Memorandum of Law submitted together with this motion.

WHEREFORE, Plaintiff respectfully asks this Court to dismiss the Complaint in this Action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted, with prejudice, and without further leave for Plaintiff to amend. Defendant further requests an award of its attorney's fees, to be documented as directed by the Court.

Respectfully submitted,

*/s/ Natalie M. Gabrenya*
Counsel for Defendant

Natalie Gabrenya
Natalie.gabrenya@thompsonhine.com
THOMPSON HINE LLP
20 North Clark Street, Suite 3200
Chicago, Illinois 60602-5093
312.998.4263 (Phone)
312.998.4245 (Facsimile)

Carrie Shufflebarger
(pro hac vice forthcoming)
Carrie.Shufflebarger@ThompsonHine.com
THOMPSONHINE LLP
312 Walnut Street, Suite 2000
Cincinnati, OH 45202

Dated: June 11, 2021

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on June 11, 2021, a copy of the foregoing was served on all counsel of record pursuant to the Court's CM/ECF filing system.

              */s/ Natalie M. Gabrenya*
              Counsel for Defendant