# EXHIBIT 2

# Consulting Engineers and Scientists





Interdisciplinary Approaches to Living Shorelines

Varoujan Hagopian, PE, F.ASCE
Laura Schwanof, RLA
June 24, 2015



# Lets Get Started…



**Varoujan and**



**Laura welcome you…**









# Interdisciplinary Approach to Living Shorelines

- Importance of Interdisciplinary Approaches

- Case Studies
  - Examples of Collaboration
  - Lessons Learned
  - Simple Rules & Takeaways

- Moving Forward: Tools & Strategies for Effective Design & Implementation





# Living Shorelines IN Connecticut

CTDEEP Working Definition of Living Shorelines:

"Living shorelines:  A shoreline erosion control management practice which also restores, enhances, maintains or creates natural coastal or riparian habitat, functions and processes.  Coastal and riparian habitats include but are not limited to intertidal flats, tidal marsh, beach/dune systems, and bluffs.  Living shorelines may include structural features that are combined with natural components to attenuate wave energy and currents".





# "Living Shorelines Protected, Restore & Enhance Natural Habitats & Coastal Procesesses…"



BEFORE:
Mid 1900's method of stabilizing shorelines using various forms of construction debris…

AFTER:
Replacing rubble with clean backfill, controlling toe erosion and restoring ecological function & value



GEI Consultants



# Why Build a Living Shoreline ?

Living Shorelines are complex systems. Build them to enhance, protect and increase coastal resiliency…

- An integrated approach is the best possible way to optimize the outcome;
- Engineering, coupled with good science, understanding of coastal ecology and site design through an interdisciplinary approach and regulatory partnership.

Lets review some of the sea level rise effects:

- 1- Inundation & habitat impacts
- 2- Erosion
- 3- Salt Marsh loss and migration
- 4- Shoreline retreat
- 5- Upland Flooding
- 6- Ecological Change
- 7- Habitat tradeoff evaluation
- 8- Economic Impact





Source: Environmental Concern





# Observed Changes in The Coastal Environment

### a. 5,000 Years Ago



### b. Today




**Future**

### c. Substantial wetland loss where house is moved or upland is vacant



### d. Complete loss of wetlands where bulkhead protects house from rising sea



LEGEND:  Sedimentation and Peat Formation     Marsh     Fish and Wildlife that Rely on the Marsh






# Direct Benefit of a Salt Marsh / Living Shoreline

A healthy salt marsh reduces up to 50% of the incoming wave energy within the first 15 to 20 feet of area and up to 95% over 150 to 200 feet







# Benefits / Shortfall of Living Shorelines

**Benefits**:
- Maintains natural shoreline processes and sand migration
- Absorbs moderate storm surge and dynamic energy
- Provides habitat for marine organisms plus an adjacent upland buffer
- Protects shorelines from erosion
- Less costly to build compared to hard structures, sea walls, bulkheads, groins or rock revetments
- Absorbs and traps green house gasses
- Enhances the visual appeal of the shoreline
- Minimizes impacts on adjacent properties

**Shortfall:**
- Not as effective in high energy zones
- Requires annual inspections and periodic maintenance
- Technology and materials are still evolving
- Still many unproven options to consider and/or be wary of
- False sense of security (in moderate to high energy zones)
- The regulatory strategy is still evolving





# Site Specific Solutions for Living Shorelines

- Low Energy site = Living Shorelines are ideal solution

  **Less than 2 feet of short waves, low current & low storm surge**

- Medium Energy site = Consider A Hybrid system, hard sill and plants

  **Two (2) to 5 foot waves, moderate currents/storm surge**

- High energy site = Use Hard structures with biogenic design to promote habitat diversity

  **Higher wave energy (greater than 5 feet), severe exposure, high storm surge, overtopping and erosion**



GEI Consultants



# Many Choices for Treatments

**Plants as Primary Support  (5:1 and flatter)**
- Plugged or seeded
- Low energy environment
- No concentrated surface flows
        (sheet flow only)





**Plants with Erosion Control (5:1  to 3:1)**
- Plugged or seeded
- Low energy environment
- Sheet flow only



**Plants as Structural Support (3:1 to 2:1)**
- Brushmattress, Fascines, Live stakes,  etc.
- Low to moderate energy environment
- Seeding may be included





**Additional Structural Support Needed (>2:1 slope)**
- Hybrid practices, sills, crib walls, etc.
- Moderate energy environment



GEI Consultants





# Interdisciplinary Coordination is Essential

- **Living Shorelines/Hybrid Design** must balance the dynamic forces, control erosion and build resilience through restoration, enhancement of natural processes of coastal and riparian habitat, and evaluate tradeoffs.

- Design complexities require a variety of expertise:
  - ➢ Planners
  - ➢ Engineers
  - ➢ Landscape Architects
  - ➢ Coastal Ecologists & Scientists
  - ➢ Regulatory community
  - ➢ Public education





# Some Relevant Project Examples

- **Charleston, South Carolina**
- **Shaffer Paper (Industrial site), South Boston, MA**
- **Coastal Bank Stabilization, Nantucket, MA**
- **Clippership Wharf, Boston Harbor, MA**
- **Aunt Amy's Creek, Stony Brook Harbor, NY**
- **Binder Bluff Stabilization, Lloyd Harbor, NY**







GEI
Consultants



# Charleston, SC – Functions & Values

Salt Marshes are diverse ecosystems that function as spawning beds for a large variety of marine life, and improve water quality through:

- uptake of nutrients, filtration, denitrification and sediment retention; and
- provide habitat enhancement for 80% of breeding bird population.







# Shaffer Paper Project, So. Boston, MA

Converting an existing Broken Granite wall into a Living Shoreline







# Shaffer Paper Project, So. Boston, MA

Dilapidated Timber Bulkhead to be changed to a Living Shoreline





# Shaffer Paper, Proposed Living Shoreline Sections









# Coastal Bank Stabilization, Nantucket MA





# Nantucket MA, Proposed Restoration





# Alternative Stabilization, Nantucket MA







# Alternative Stabilization, Nantucket MA









# Clippership Wharf, Boston Harbor, MA
# New Development by Lend Lease



Low Tide - 1.0



Mid Tide - 6.0
Low Tide - 1.0



High Tide - 11.0
Mid Tide - 6.0
Low Tide - 1.0



## Clippership Wharf

Tidal Exposure
April 28, 2015

HALVORSON DESIGN
PARTNERSHIP
LANDSCAPE ARCHITECTURE





# Clippership Wharf, Boston Harbor, MA
## Hybrid Living Shoreline



Clippership Wharf

Stone Terracing to Rocky Beach - Conceptual Cross Section
April 28, 2015

HALVORSON DESIGN
PARTNERSHIP
LANDSCAPE ARCHITECTURE





# Clippership Wharf, Boston Harbor, MA
# Hybrid Living Shoreline



Living Shoreline Section

**Clippership Wharf**

Precedent Images
April 28, 2015

HALVORSON DESIGN
PARTNERSHIP
LANDSCAPE ARCHITECTURE



# Aunt Amy's Creek, Stony Brook, NY





## Project location





# Aunt Amy's Creek, Stony Brook, NY







2007 - Initial Eroded Condition
Undercut bank varied 2-1/2' to 4'



# Aunt Amy's Creek, Stony Brook, NY







**Live crib wall** (orange)

**Brushmattress** (green)



## PLANNING TIMELINE:

- May 2007 – Initial site reconnaissance;
- July 2007 – Site topographic survey;
- November 2007 – Plans completed; USACE, State & local permit applications submitted;

.....16 months later.....

- March 2009 -  Permits approved;

.....then.....





# Aunt Amy's Creek, Stony Brook, NY

## PLANNING TIMELINE:

- April 2009 – Permit modification <span style="color:red">(Due to extended agency review period, the undercut banks widened to 4-5 feet requiring additional engineering…)</span>







# Aunt Amy's Creek, Stony Brook, NY

## CONSTRUCTION PHASE

 

Site work commenced May 2009





# Aunt Amy's Creek, Stony Brook, NY

## CONSTRUCTION PHASE

Crib wall transitioning to brushmattress



Stone base to weep springs
& geogrid tie backs





# Aunt Amy's Creek, Stony Brook, NY

## CONSTRUCTION PHASE



Live stakes/whips



Live crib wall

Brushmattress



# Aunt Amy's Creek, Stony Brook, NY





## AS BUILT LIVE CRIBWALL PLANTING DETAIL
Section View    Scale: 1/4"=1'-0"





# Aunt Amy's Creek, Stony Brook, NY

## MONITORING PHASE - Brushmattress



1 month



1 year



3 years



5 years



GEI Consultants



# Aunt Amy's Creek, Stony Brook, NY

## MONITORING PHASE – Live Crib Wall



Installed 2009



1 year



3 years



5 years



# Binder Bluff, Lloyd Harbor, NY





>5 Mile Fetch &
High Energy Shoreline

Lloyd Harbor, NY, USA



# Binder Bluff, Lloyd Harbor, NY





# Binder Bluff, Lloyd Harbor, NY





**Initial Pre-Sandy Condition**



# Binder Bluff, Lloyd Harbor, NY





**Note loss of vegetation & 15'- 25' of bluff face**

**Post - Sandy Condition**



# Binder Bluff, Lloyd Harbor, NY



**Overtopping & failure of adjacent gabion wall**



GEI Consultants

# Binder Bluff, Lloyd Harbor, NY



SLOPE CROSS SECTION
SCALE: 1"=10'





# Key Design Considerations

1. Calculate the length of "Effective Fetch" or open water distance to determine the level of exposure to guide the design;

2. Control overland drainage & hydraulic pressure;

3. Conduct slope stability analysis & sediment gradation test;

4. Protect the base and the toe from undermining;

5. Protect the flanks;

6. Prevent overtopping;

7. Create a diverse habitat;

8. Encourage biogenic processes;

9. Account for sea level rise;

10. 3 Years minimum monitoring & maintenance program





# Conclusions / Steps Forward



1. **Understanding the Working Definition of Living Shorelines**
2. **Benefits of Living Shorelines**
3. **Site Characterization - Low, Medium & High Energy Shorelines**
4. **Appropriate Treatment Selection**
5. **Importance of Interdisciplinary Approach**
6. **Living Shorelines Applications – Case Studies & Lessons Learned**
7. **Work With Your Regulators**
8. **Key Design Considerations**

## QUESTIONS??

*vhagopian@geiconsultants.com*
**O: 860-368-5414**
**C: 860-917-0670**

*lschwanof@geiconsultants.com*
**O: 631-759-2969**
**C: 631-513-1604**

